## COOK v. STATE.
### No. 13447.

Court of Criminal Appeals of Texas.
April 2, 1930.

J. A. Ward, of Mt. Pleasant, and J. H. French, Jr., of Daingerfield, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

### MARTIN, J.

Offense, murder; penalty two years in the penitentiary.

The indictment sufficiently charges the offense, and the charge of the court follows the indictment. The record is bare of any bill of exception or statement of facts. Nothing is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.